

FILED

DEC 04 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 19 CR 906 |
| | ) Violations: Title 18, United States |
| TODD HALL, | ) Code, Section 922(g)(1); |
| also known as "Kaos" | ) |
| | ) JUDGE NORGLE |
| | ) MAGISTRATE JUDGE CUMMINGS |

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about October 19, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

TODD HALL,
also known as "Kaos,"

defendant herein, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a Smith & Wesson, Model 59, 9mm semiautomatic pistol, bearing serial number A240605, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

DEC 04 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

19CR 906

MAGISTRATE JUDGE CUMMINGS